UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AUGUSTA F. KENNEDY,

    Petitioner,

v.                                                  CASE NO. 3:17cv020-MCR/CAS

FLORIDA DEPARTMENT OF
CORRECTIONS SECRETARY,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the United States Magistrate Judge's Report and Recommendation dated January 17, 2018. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Petitioner filed objections on March 27, 2018. ECF No 26. I have made a *de novo* determination of the timely filed objections.

Having fully considered the Report and Recommendation, the objections, and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  Respondent's motion to dismiss, ECF No. 16, is **GRANTED**.

3.  Petitioner's petition pursuant to 28 U.S.C. § 2254, ECF No. 1, is **DISMISSED** as untimely pursuant to 28 U.S.C. § 2244(d)(1).

4.  A certificate of appealability is **DENIED** pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this 25th day of May 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**